# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRESNAHAN, JOHN M. | § | Case No. 13-03735 |
| BRESNAHAN, THERESE M. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/CATHERINE STEEGE_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-03735 | ABG | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|---|
| Case Name: | BRESNAHAN, JOHN M. | | |
| | BRESNAHAN, THERESE M. | | |
| For Period Ending: | 12/02/13 | | |

| Trustee Name: | CATHERINE STEEGE |
|---|---|
| Date Filed (f) or Converted (c): | 01/31/13 (f) |
| 341(a) Meeting Date: | 03/20/13 |
| Claims Bar Date: | 06/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 5845 S. Nottingham Avenue, Chicago IL | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Section 11 Lot 90 in Woodhaven Lakes | 4,600.00 | 4,600.00 | | 0.00 | 4,600.00 | 0.00 | 0.00 |
| 3. Cash on hand | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Savings Account 6202 | 635.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Savings Account 8185 | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Checking Account 3462 | 21,000.00 | 15,835.00 | | 15,835.00 | FA | 0.00 | 0.00 |
| 7. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. clothing | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. Life Ins. Policy $250,000 term life (H) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Life Ins. Policy $250,000 term life insurance (W) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. INSURANCE POLICIES Approx. $180,000 group term through work (H) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. INSURANCE POLICIES 13 Insurance Policies Approx. $60,000 group term through work (W) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 13-03735 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | BRESNAHAN, JOHN M. | | Date Filed (f) or Converted (c): | 01/31/13 (f) |
| | BRESNAHAN, THERESE M. | | 341(a) Meeting Date: | 03/20/13 |
| | | | Claims Bar Date: | 06/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 13. IRA Account - Morgan Stanley | 83,355.59 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15. Husband's Fidelity Employer IRA | 41,477.73 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. Wife's Fidelity Employer IRA | 28,677.78 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 17. 2012 Mitsubishi Galant | 12,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18. 2009 Mitsubishi Galant (82,000 miles) | 6,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19. 2002 Trophy Homes Rec. Vehicle | 4,660.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $205,056.10 | $20,435.00 | $15,835.00 | Gross Value of Remaining Assets $4,600.00 (Total Dollar Amount in Column 6) | | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Bar Date expires July 30, 2013

Possible sale of lot

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-03735 -ABG | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | BRESNAHAN, JOHN M. | Bank Name: | ASSOCIATED BANK |
| | BRESNAHAN, THERESE M. | Account Number / CD #: | *******9263  Checking Account |
| Taxpayer ID No: | *******9232 | | |
| For Period Ending: | 12/02/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/13 | 6 | Therese Bresnahan<br>John Bresnahan<br>5845 S Nottigham Ave<br>Chicago, IL 60638 | | 1129-000 | 15,835.00 | | 15,835.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,825.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.76 | 15,802.24 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.49 | 15,778.75 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.70 | 15,756.05 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.43 | 15,732.62 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.39 | 15,709.23 |

Page Subtotals     15,835.00     125.77

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 13-03735 -ABG | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | BRESNAHAN, JOHN M. | Bank Name: | ASSOCIATED BANK |
| | BRESNAHAN, THERESE M. | Account Number / CD #: | *******9263 Checking Account |
| Taxpayer ID No: | *******9232 | | |
| For Period Ending: | 12/02/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | COLUMN TOTALS |  | 15,835.00 | 125.77 | 15,709.23 |
|  |  | Less: Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  | Subtotal |  | 15,835.00 | 125.77 |  |
|  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | Net |  | 15,835.00 | 125.77 |  |

|  |  |  |
|---|---|---|
|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account - *******9263 | 15,835.00 | 125.77 | 15,709.23 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 15,835.00 | 125.77 | 15,709.23 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 02, 2013 |
|---|---|---|---|---|---|---|

Case Number: 13-03735  
Debtor Name: BRESNAHAN, JOHN M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | (1-1) UNSECURED DEBT | $0.00 | $753.38 | $753.38 |
| 000002<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | (2-1) MODIFIED ON 04/15/2013 TO CORRECT CREDITOR NAME (LTK) | $0.00 | $11,819.87 | $11,819.87 |
| 000003<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Unsecured | | $0.00 | $11,789.30 | $11,789.30 |
| 000004<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Unsecured | | $0.00 | $19,416.37 | $19,416.37 |
| 000005<br>070<br>7100-00 | DIRECT LOANS<br>P.O. BOX 5609<br>GREENVILLE, TX 75403-5609 | Unsecured | (5-1) MODIFIED ON 5/10/13 TO CORRECT CREDITOR'S NAME. (AD) | $0.00 | $45,501.26 | $45,501.26 |
| 000006<br>070<br>7100-90 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $6,825.14 | $6,825.14 |
| 000007<br>070<br>7100-90 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $2,180.59 | $2,180.59 |
| 000008<br>070<br>7100-90 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $2,142.01 | $2,142.01 |
| 000009<br>070<br>7100-90 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | (9-1) CREDIT CARD DEBT | $0.00 | $3,213.31 | $3,213.31 |
| 000010<br>070<br>7100-90 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Unsecured | (10-1) MODIFIED ON 6/5/13 TO CORRECT CREDITOR'S NAME. (AD) | $0.00 | $6,944.90 | $6,944.90 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 02, 2013

Case Number: 13-03735
Debtor Name: BRESNAHAN, JOHN M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000011 070 7100-90 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CHASE BANK USA, N.A. POB 29262 NEW YORK, NY 10087-9262 | Unsecured | (11-1) CREDIT CARD DEBT | $0.00 | $7,043.74 | $7,043.74 |
| 000012 070 7100-90 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | (12-1) CREDIT CARD DEBT | $0.00 | $21,020.48 | $21,020.48 |
| 000013 070 7100-90 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | (13-1) CREDIT CARD DEBT | $0.00 | $10,135.62 | $10,135.62 |
| | Case Totals: | | | $0.00 | $148,785.97 | $148,785.97 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-03735
Case Name: BRESNAHAN, JOHN M.
　　　　　　BRESNAHAN, THERESE M.
Trustee Name: CATHERINE STEEGE

　　　　　Balance on hand　　　　　　　　　　　　　　　　　$

　Claims of secured creditors will be paid as follows:

NONE

　Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　　　$_____

　　Remaining Balance　　　　　　　　　　　　　　　　　　　　　$_____

　Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 000002 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000005 | DIRECT LOANS | $ | $ | $ |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ | $ | $ |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ | $ | $ |
| 000008 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ | $ | $ |
| 000009 | CAPITAL ONE, N.A. | $ | $ | $ |
| 000010 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 000011 | ECAST SETTLEMENT CORPORATION, ASSIGNEE | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 000013 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance           $_____


Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE