# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
BRESNAHAN, JOHN M. § Case No. 13-03735 ABG
BRESNAHAN, THERESE M. §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U. S. Bankruptcy Court
219 South Dearborn
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 01/06/2014 in Courtroom 642, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/02/2013                    By: CLERK OF THE U.S. BANKRUPTCY
                                                COURT

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BRESNAHAN, JOHN M. § Case No. 13-03735 ABG
BRESNAHAN, THERESE M. §
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,835.00 |
| and approved disbursements of | $ | 125.77 |
| leaving a balance on hand of[1] | $ | 15,709.23 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 2,333.50 | $ 0.00 | $ 2,333.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,333.50 |
| Remaining Balance | | $ | 13,375.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 148,785.97  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  9.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK PO BOX 788 KIRKLAND, WA 98083-0788 | $ 753.38 | $ 0.00 | $ 67.73 |
| 000002 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | $ 11,819.87 | $ 0.00 | $ 1,062.60 |
| 000003 | FIA CARD SERVICES, N.A. 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO, NC 27410 | $ 11,789.30 | $ 0.00 | $ 1,059.85 |
| 000004 | FIA CARD SERVICES, N.A. 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO, NC 27410 | $ 19,416.37 | $ 0.00 | $ 1,745.51 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | DIRECT LOANS<br>P.O. BOX 5609<br>GREENVILLE, TX 75403-5609 | $ 45,501.26 | $ 0.00 | $ 4,090.52 |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | $ 6,825.14 | $ 0.00 | $ 613.57 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | $ 2,180.59 | $ 0.00 | $ 196.03 |
| 000008 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | $ 2,142.01 | $ 0.00 | $ 192.57 |
| 000009 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | $ 3,213.31 | $ 0.00 | $ 288.87 |
| 000010 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | $ 6,944.90 | $ 0.00 | $ 624.34 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CHASE BANK USA, N.A. POB 29262 NEW YORK, NY 10087-9262 | $ 7,043.74 | $ 0.00 | $ 633.23 |
| 000012 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | $ 21,020.48 | $ 0.00 | $ 1,889.72 |
| 000013 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | $ 10,135.62 | $ 0.00 | $ 911.19 |
| | Total to be paid to timely general unsecured creditors | | | $ 13,375.73 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

NONE

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
John M. Bresnahan
Therese M. Bresnahan
    Debtors

Case No. 13-03735-ABG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: adragonet     Page 1 of 2     Date Rcvd: Dec 03, 2013
                     Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2013.
```
db/jdb        +John M. Bresnahan,    Therese M. Bresnahan,    5845 S. Notingham,    Chicago, IL 60638-3118
19985665       American Express,    Box 0001,    Los Angeles, CA 90096-0001
20580710       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19985666      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
19985667       Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
19985668       Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
20321875       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
20506637       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19985669       Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
19985671       CitiMortgage, Inc.,    P.O. Box 183040,    Columbus, OH 43218-3040
19985672       Comenity - Carson's,    PO Box 659813,    San Antonio, TX 78265-9113
19985680       Direct Loans,    P.O. Box 5609,    Greenville, TX 75403-5609
19985673       ExxonMobil,    Processing Center,    Des Moines, IA 50361-0001
20435895       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19985675       Mercy Hospital and Medical Center,    25739 Network Place,    Chicago, IL 60673-1257
19985676       Rush University Medical Center,    P.O. Box 4075,    Carol Stream, IL 60197-4075
19985678       Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
19985679       Shell,    P.O. Box 183018,    Columbus, OH 43218-3018
19985681      +University Anesthesiologists,    Lock Box 128,    Glenview, IL 60025-0128
19985682      +WFNNB - Catherines,    PO Box 182272,    Columbus, OH 43218-2272
20580700       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20566663       E-mail/PDF: rmscedi@recoverycorp.com Dec 04 2013 02:11:49     Capital Recovery V, LLC,
                c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19985670       E-mail/Text: bk.notifications@jpmchase.com Dec 04 2013 02:08:19     Chase,    PO Box 901076,
                Fort Worth, TX 76101-2076
19985674       E-mail/Text: bnckohlsnotices@becket-lee.com Dec 04 2013 02:07:49     Kohl's,    P.O. Box 2983,
                Milwaukee, WI 53201-2983
20477077      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2013 02:12:12
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20245670       E-mail/Text: bnc-quantum@quantum3group.com Dec 04 2013 02:08:31
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
19985677       E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2013 02:11:43     Sam's Club Discover/GECRB,
                P.O. Box 960013,    Orlando, FL 32896-0013
                                                                                               TOTAL: 6
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20580711*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2013                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: adragonet              Page 2 of 2                  Date Rcvd: Dec 03, 2013
                              Form ID: pdf006              Total Noticed: 27


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2013 at the address(es) listed below:
              Catherine L. Steege, ESQ    csteege@jenner.com,   csteege@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert N Honig     on behalf of Debtor John M. Bresnahan robert@roberthonig.com
              Robert N Honig     on behalf of Joint Debtor Therese M. Bresnahan robert@roberthonig.com
                                                                                             TOTAL: 4
```