UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
| --- | --- | --- |
| | § | |
| BRESNAHAN, JOHN M. | § | Case No. 13-03735 |
| BRESNAHAN, THERESE M. | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/CATHERINE STEEGE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One Auto Finance PO Box 60511 City of Industry, CA 91716-0511 |  |  |  |  |  |
|  | Chase PO Box 901076 Fort Worth, TX 76101-2076 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortgage, Inc. P.O. Box 183040 Columbus, OH 43218-3040 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | Bank of America P.O. Box 982235 El Paso, TX 79998 | | | | | |
| | Bank of America P.O. Box 982235 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P.O. Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Comenity - Carson's PO Box 659813 San Antonio, TX 78265-9113 | | | | | |
| | ExxonMobil Processing Center Des Moines, IA 50361-0001 | | | | | |
| | Kohl's P.O. Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| | Mercy Hospital and Medical Center 25739 Network Place Chicago, IL 60673-1257 | | | | | |
| | Rush University Medical Center P.O. Box 4075 Carol Stream, IL 60197-4075 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sam's Club Discover/GECRB P.O. Box 960013 Orlando, FL 32896-0013 | | | | | |
| | Sears Credit Cards P.O. Box 183082 Columbus, OH 43218-3082 | | | | | |
| | Shell P.O. Box 183018 Columbus, OH 43218-3018 | | | | | |
| | U.S.Dept. of Education P.O. Box 5609 Greenville, TX 75403 | | | | | |
| | University Anesthesiologists Lock Box 128 Glenview, IL 60025 | | | | | |
| | WFNNB - Catherines PO Box 182272 Columbus, OH 43218 | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | DIRECT LOANS | | | | | |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000012 | AMERICAN EXPRESS CENTURION BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000009 | CAPITAL ONE, N.A. | | | | | |
| 000010 | CAPITAL RECOVERY V, LLC | | | | | |
| 000011 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000008 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-03735 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BRESNAHAN, JOHN M. | | | Date Filed (f) or Converted (c): | 01/31/13 (f) |
| | BRESNAHAN, THERESE M. | | | 341(a) Meeting Date: | 03/20/13 |
| For Period Ending: | 03/12/14 | | | Claims Bar Date: | 06/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 5845 S. Nottingham Avenue, Chicago IL | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Section 11 Lot 90 in Woodhaven Lakes | 4,600.00 | 4,600.00 | | 0.00 | 4,600.00 | 0.00 | 0.00 |
| 3. Cash on hand | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Savings Account 6202 | 635.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Savings Account 8185 | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Checking Account 3462 | 21,000.00 | 15,835.00 | | 15,835.00 | FA | 0.00 | 0.00 |
| 7. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. clothing | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. Life Ins. Policy $250,000 term life (H) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Life Ins. Policy $250,000 term life insurance (W) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. INSURANCE POLICIES Approx. $180,000 group term through work (H) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. INSURANCE POLICIES 13 Insurance Policies Approx. $60,000 group term through work (W) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 13-03735 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | BRESNAHAN, JOHN M. | | Date Filed (f) or Converted (c): | 01/31/13 (f) |
| | BRESNAHAN, THERESE M. | | 341(a) Meeting Date: | 03/20/13 |
| | | | Claims Bar Date: | 06/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 13. IRA Account - Morgan Stanley | 83,355.59 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15. Husband's Fidelity Employer IRA | 41,477.73 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. Wife's Fidelity Employer IRA | 28,677.78 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 17. 2012 Mitsubishi Galant | 12,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18. 2009 Mitsubishi Galant (82,000 miles) | 6,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19. 2002 Trophy Homes Rec. Vehicle | 4,660.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $205,056.10 | $20,435.00 | $15,835.00 | Gross Value of Remaining Assets $4,600.00 (Total Dollar Amount in Column 6) | | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Bar Date expires July 30, 2013

Possible sale of lot

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-03735 -ABG | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | BRESNAHAN, JOHN M. | Bank Name: | ASSOCIATED BANK |
| | BRESNAHAN, THERESE M. | Account Number / CD #: | *******9263 Checking Account |
| Taxpayer ID No: | *******9232 | | |
| For Period Ending: | 03/12/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform Tran. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/13 | 6 | Therese Bresnahan<br>John Bresnahan<br>5845 S Nottigham Ave<br>Chicago, IL 60638 | | 1129-000 | 15,835.00 | | 15,835.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,825.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.76 | 15,802.24 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.49 | 15,778.75 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.70 | 15,756.05 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.43 | 15,732.62 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.39 | 15,709.23 |
| 01/07/14 | 000301 | CATHERINE STEEGE, TRUSTEE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Final Distribution | 2100-000 | | 2,333.50 | 13,375.73 |
| 01/07/14 | 000302 | QUANTUM3 GROUP LLC<br>  AS AGENT FOR COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | FINAL DISTRIBUTION | 7100-000 | | 67.73 | 13,308.00 |

Page Subtotals   15,835.00   2,527.00

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-03735 -ABG | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | BRESNAHAN, JOHN M. | | Bank Name: | ASSOCIATED BANK |
| | BRESNAHAN, THERESE M. | | Account Number / CD #: | *******9263  Checking Account |
| Taxpayer ID No: | *******9232 | | | |
| For Period Ending: | 03/12/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/07/14 | 000303 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | FINAL DISTRIBUTION | 7100-000 | | 1,062.60 | 12,245.40 |
| 01/07/14 | 000304 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | FINAL DISTRIBUTION | 7100-900 | | 1,059.85 | 11,185.55 |
| 01/07/14 | 000305 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | FINAL DISTRIBUTION | 7100-900 | | 1,745.51 | 9,440.04 |
| 01/07/14 | 000306 | DIRECT LOANS<br>P.O. BOX 5609<br>GREENVILLE, TX 75403-5609 | FINAL DISTRIBUTION | 7100-000 | | 4,090.52 | 5,349.52 |
| 01/07/14 | 000307 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS<br>AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | FINAL DISTRIBUTION | 7100-900 | | 613.57 | 4,735.95 |
| 01/07/14 | 000308 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS<br>AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | FINAL DISTRIBUTION | 7100-900 | | 196.03 | 4,539.92 |
| | | | Page Subtotals | | 0.00 | 8,768.08 | |

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-03735 -ABG | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | BRESNAHAN, JOHN M. | Bank Name: | ASSOCIATED BANK |
| | BRESNAHAN, THERESE M. | Account Number / CD #: | *******9263 Checking Account |
| Taxpayer ID No: | *******9232 | | |
| For Period Ending: | 03/12/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/07/14 | 000309 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | FINAL DISTRIBUTION | 7100-900 | | 192.57 | 4,347.35 |
| 01/07/14 | 000310 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | FINAL DISTRIBUTION | 7100-900 | | 288.87 | 4,058.48 |
| 01/07/14 | 000311 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | FINAL DISTRIBUTION | 7100-900 | | 624.34 | 3,434.14 |
| 01/07/14 | 000312 | ECAST SETTLEMENT CORPORATION, ASSIGNEE<br>OF CHASE BANK USA, N.A.<br>POB 29262<br>NEW YORK, NY 10087-9262 | FINAL DISTRIBUTION | 7100-900 | | 633.23 | 2,800.91 |
| 01/07/14 | 000313 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | FINAL DISTRIBUTION | 7100-900 | | 1,889.72 | 911.19 |
| 01/07/14 | 000314 | AMERICAN EXPRESS CENTURION BANK | FINAL DISTRIBUTION | 7100-900 | | 911.19 | 0.00 |

Page Subtotals 0.00 4,539.92

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-03735 -ABG | Trustee Name: CATHERINE STEEGE |
| Case Name: BRESNAHAN, JOHN M. | Bank Name: ASSOCIATED BANK |
| BRESNAHAN, THERESE M. | Account Number / CD #: *******9263 Checking Account |
| Taxpayer ID No: *******9232 | |
| For Period Ending: 03/12/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | | | | | |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | 15,835.00 | 15,835.00 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 15,835.00 | 15,835.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 15,835.00 | 15,835.00 | |
| | | | NET | ACCOUNT |
| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Checking Account - ********9263 | 15,835.00 | 15,835.00 | 0.00 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 15,835.00 | 15,835.00 | 0.00 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00          0.00

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*